UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

USA,

                    Plaintiff,

-vs-                                                      Case No. 2:10-cv-40-FtM-36SPC

DANIEL McDONALD, JR.,

                    Defendant.
_____/

## ORDER

This matter comes before the Court on the Motion for Entry of Defendant's Default (Doc. #5) filed on February 17, 2010. Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

According to the Return of Service (Doc. #4), on January 18, 2010, the Plaintiff effectuated service upon the Defendant at his usual place of abode located at 4646 New York Avenue, Fort Myers, Florida 33905. The process server indicates a true copy of the Summons & Complaint was served upon Hope McDonald, a co-resident who is fifteen years of age or older. Thus, it appears that service was proper. A responsive pleading was due on or about February 14, 2010. To date, no responsive pleading has been filed. Therefore, the entry of clerk's default is appropriate.

Accordingly, it is now

**ORDERED:**

The Motion for Entry of Defendant's Default (Doc. #5) is **GRANTED**. The Clerk is directed to enter default against the Defendant, Daniel McDonald, Jr.

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of March, 2010.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record